UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR11-365-RSL |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| KARNAIL SINGH, ) | |
| ) | |
| Defendant. ) | |

Offense charged:    Conspiracy to Smuggle, Harbor, and Transport Illegal Aliens; Harboring Illegal Aliens within the United States; Transporting Illegal Aliens within the United States

Date of Detention Hearing:    December 6, 2011.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

///

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is a naturalized citizen of the United States. He has family members who reside in the United States, Canada, and India.

2. The government alleges the defendant played a central role in what it describes as a broad ranging conspiracy smuggle illegal aliens into this country, providing them with false identification documents, and transporting them to other locations in the United States. The government alleges the involvement of defendant and others in smuggling more than 70 aliens from India, Korea and Pakistan as part of a large international network. Defendant is alleged to have used a motel owned by him in SeaTac for housing aliens before their transport to other locations, while they waited for him to procure drivers licenses for them. The government alleges that defendant controlled the activity of other criminal participants and took steps to assure that other participants did not talk to law enforcement, while recruiting others to participate in the conspiracy.

3. The AUSA alleges that the vast majority of transactions relating to the defendant's motel were in cash. He also owns other property in the State of Washington, as well as property in India. He is a member of a local Sikh temple, which the AUSA alleges is also under investigation.

4. Defendant poses a risk of nonappearance based on family ties to India and Canada, some unverified financial information, the possibility that the defendant may have unknown reserves of cash, and the nature of the instant charges. He poses a risk of danger due to the nature of the instant offense.

5. There does not appear to be any condition or combination of conditions that will

reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 6th day of December, 2011.

Mary Alice Theiler
United States Magistrate Judge